427 A.2d 248

Wenk v. Wenk, Appellant.

Argued March 3, 1980.  John R. White, for appellant; Chester G. Schultz, for appellee.

Before CERCONE, P.J., and WATKINS and MONTGOMERY, JJ.

Order affirmed.